UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:20-cv-00483

**Antonio Devon Lowe,**
*Plaintiff,*

v.

**David Yager et al.,**
*Defendants.*

### ORDER

Plaintiff Antonio Devon Lowe, proceeding pro se and in-forma pauperis, filed this civil rights lawsuit under 42 U.S.C. § 1983. Doc 1. This case was referred to United States Magistrate Judge John D. Love pursuant to 28 U.S.C. § 636(b)(3). Doc. 3. On December 9, 2020, Judge Love issued a report recommending that this case be dismissed without prejudice for want of prosecution. Doc. 16. Plaintiff did not file any objections.

When there have been no timely objections to a magistrate judge's report and recommendation, the record is only reviewed for clear error. *Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996). Having reviewed the magistrate judge's report, and being satisfied that it contains no clear error, the court **accepts** its findings and recommendation. The court **orders** that the above-styled civil action is **dismissed without prejudice** for want of prosecution.

*So ordered by the court on January 8, 2021.*

J. CAMPBELL BARKER
United States District Judge